**Fill in this information to identify the case:**

Debtor name   **Mynd Spa & Salon, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **20-10846**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 24, 2020**         X **/s/ Todd Walter**
                                          Signature of individual signing on behalf of debtor

                                          **Todd Walter**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Mynd Spa & Salon, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-10846**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*..........................................................................    $    0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.......................................................................    $    0.00

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.........................................................................    $    0.00

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **822,264.62**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................................    $    0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **445,180.57**

4.   **Total liabilities** ...............................................................................................................................
   Lines 2 + 3a + 3b    $    **1,267,445.19**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Mynd Spa & Salon, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **20-10846**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:   Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

| Debtor | **Mynd Spa & Salon, Inc.** | | Case number *(If known)* **20-10846** |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **663 Fifth Avenue (Mailing: 1 E 52nd St) New York, NY 10022** | lease | Unknown | | Unknown |
| 55.2.  **5225 Wisconsin Ave NW Washington, DC 20015** | lease | Unknown | | Unknown |
| 55.3.  **919 N Michigan Ave Chicago, IL 60611** | lease | Unknown | | Unknown |
| 55.4.  **2502 E Camelback Rd Suite 215 Phoenix, AZ 85016** | lease | Unknown | | Unknown |
| 55.5.  **8075 Leesburg Pike Suite 110 Vienna, VA 22182** | lease | Unknown | | Unknown |
| 55.6.  **11838 Spectrum Ctr Reston, VA 20190** | lease | Unknown | | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Mynd Spa & Salon, Inc.** | | Case number *(If known)* **20-10846** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.7. | **720 N Waukegan Rd Bldg 3 Deerfield, IL 60015** | lease | Unknown | Unknown |
| 55.8. | **125 Westchester Ave White Plains, NY 10601** | lease | Unknown | Unknown |
| 55.9. | **6121 West Park Blvd Suite C100 Plano, TX 75093** | lease | Unknown | Unknown |
| 55.10 · | **1101 South Joyce Street Arlington, VA 22202** | lease | Unknown | Unknown |
| 55.11 · | **934 Rose Ave North Bethesda, MD 20852** | lease | Unknown | Unknown |
| 55.12 · | **4210 Fairfax Corner Avenue West Fairfax Corner, VA 22030** | lease | Unknown | Unknown |
| 55.13 · | **1399 Franklin Ave Suite 100 Garden City, NY 11530** | lease | Unknown | Unknown |
| 55.14 · | **2598 A E Sunrise Blvd Ft Lauderdale, FL 33304** | lease | Unknown | Unknown |
| 55.15 · | **7917 Jericho Turnpike (South Woods Road) Woodbury, NY 11797** | lease | Unknown | Unknown |
| 55.16 · | **62 Market Street Gaithersburg, MD 20878** | lease | Unknown | Unknown |
| 55.17 · | **11800 West Broad Street Suite 2625 Richmond, VA 23233** | lease | Unknown | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mynd Spa & Salon, Inc.** | | Case number *(If known)* **20-10846** |
|---|---|---|---|
| | Name | | |

| 55.18. | **1401 Pennsylvania Avenue NW Washington, DC 20004** | lease | Unknown | | Unknown |
|---|---|---|---|---|---|
| 55.19. | **2750 Merrick Road Bellmore, NY 11710** | lease | Unknown | | Unknown |
| 55.20. | **130 W. 44th Street New York, NY 10036** | lease | Unknown | | Unknown |
| 55.21. | **45 Seventh Street Garden City, NY 11530** | lease | Unknown | | Unknown |
| 55.22. | **7777 Baltimore Ave College Park, MD 20740** | lease | Unknown | | Unknown |
| 55.23. | **625 Route 117 Groton, CT 06340** | lease | Unknown | | Unknown |
| 55.24. | **Harrah's Atlantic City 777 Harrah's Blvd Atlantic City, NJ 08401** | lease | Unknown | | Unknown |
| 55.25. | **3666 E Sunrise Drive Tucson, AZ 85718** | lease | Unknown | | Unknown |

56.     **Total of Part 9.**                                                                                            **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 4

Debtor   **Mynd Spa & Salon, Inc.**                                    Case number *(If known)* **20-10846**
_____Name_____

60. **Patents, copyrights, trademarks, and trade secrets**
    **Trademark - MYND (Serial/Reg. No. 88324173)**   Unknown   Unknown

    **Trademark - MYND (Serial/Reg. No. 88975425)**   Unknown   Unknown

    **Trademark - Design Only (Serial/Reg. No. 88519041)**   Unknown   Unknown

    **Trademark - Design Only (Serial/Reg. No. 88518994)**   Unknown   Unknown

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**               **$0.00**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Mynd Spa & Salon, Inc.**         Case number *(If known)* **20-10846**
    Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Mynd Spa & Salon, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-10846**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Rosenthal & Rosenthal, Inc.**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**All assets** | **$822,264.62** | **$0.00** |

**1370 Broadway**
**New York, NY 10018**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

**rmiller@rosenthalinc.com**
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**11/14/2019**

**Last 4 digits of account number**

**SASO**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$822,264.62**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **Mynd Spa & Salon, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **20-10846**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ELIZABETH ARDEN COMPANY ct**<br>**200 FIRST STAMFORD PLACE**<br>**STAMFORD, CT 06902**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$445,180.57** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Michelle Hagley**<br>**Borrelli & Associates, P.L.L.C**<br>**910 Franklin Ave Ste 200**<br>**Garden City, NY 11530-2906**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 445,180.57 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **445,180.57** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   51802   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Mynd Spa & Salon, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-10846**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest **Retail Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **130 West 44th Hotel Associates**<br>**dba The Chatwal Hotel**<br>**130 West 44th Street**<br>**New York, NY 10036** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest **Retail Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Biltmore Shopping Center Partn**<br>**2502 E. Camelback Road #216**<br>**Attn: Center Manager**<br>**Rockville, MD 20852** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest **Retail Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Brookfield Properties**<br>**350 North Orleans St., Ste 300**<br>**Attn: Legal Department**<br>**Chicago, IL 60654** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest **Management Services Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Exit 88 Hotel, LLC**<br>**c/o Hersha Hospitality Trust**<br>**510 Walnut Street, 9th Floor**<br>**Philadelphia, PA 19106** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Mynd Spa & Salon, Inc.** | | Case number *(if known)* | **20-10846** |
|---|---|---|---|---|
| | First Name       Middle Name       Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Retail Lease**

State the term remaining

List the contract number of any government contract

> **Fairfax Corner Mixed Use, L.C.**
> **c/o The Peterson Companies**
> **12500 Fair Lakes Cir, Ste 400**
> **Fairfax, VA 22033**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Retail Lease**

State the term remaining

List the contract number of any government contract

> **Fairfax Square LLC**
> **c/o JBG Smith**
> **4445 Willard Avenue, Suite 400**
> **Chevy Chase, MD 20815**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Retail Lease**

State the term remaining

List the contract number of any government contract

> **Federal Realty Investment Trus**
> **1626 East Jefferson Street**
> **Attn:  Legal Department**
> **Rockville, MD 20852**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Retail Lease**

State the term remaining

List the contract number of any government contract

> **Hotel at UMCP, LLC**
> **1950 Old Gallows Road, Ste 600**
> **Attn:  CEO and President**
> **Vienna, VA 22182**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Retail Lease**

State the term remaining

List the contract number of any government contract

> **Jones Lang LaSalle Americas, I**
> **8601 Robert Fulton Dr, Ste 220**
> **Attn: Property Manager - 5225**
> **Columbia, MD 21046**

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Retail Lease**

State the term remaining

List the contract number of any

> **Jones Lang LaSalle Americas, I**
> **3344 Peachtree Rd NE, Ste 1200**
> **Attn:  President and CEO, Reta**
> **Atlanta, GA 30326**

| Official Form 206G | **Schedule G: Executory Contracts and Unexpired Leases** | Page 2 of 5 |
|---|---|---|

| Debtor 1 | **Mynd Spa & Salon, Inc.** | | Case number *(if known)* | **20-10846** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease** | |
|---|---|---|---|
| | State the term remaining | | **Kentlands Lot 1, LLC** |
| | | | **c/o Windham Management Company** |
| | List the contract number of any government contract | | **7501 Wisconsin Avenue, Suite 1** |
| | | | **Bethesda, MD 20814** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease** | |
|---|---|---|---|
| | State the term remaining | | **Kirby Limited Partnership** |
| | | | **c/o CRM Properties Group, Ltd.** |
| | List the contract number of any government contract | | **740 Waukegan Road, Suite 300** |
| | | | **Deerfield, IL 60015** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Management Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Marina Associates** |
| | | | **Harrah's Atlantic City** |
| | List the contract number of any government contract | | **777 Harrah's Boulevard** |
| | | | **Atlantic City, NJ 08401** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease** | |
|---|---|---|---|
| | State the term remaining | | **MM Hotel Management LLC** |
| | | | **c/o Fortuna Realty Group** |
| | List the contract number of any government contract | | **380 Madison Avenue, Suite 2401** |
| | | | **New York, NY 10017** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Management Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Morgan Stanley Services Group** |
| | | | **1585 Broadway, 24th Floor** |
| | List the contract number of any government contract | | **Attn: CMS Admin** |
| | | | **New York, NY 10036** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease** | **Reston Spectrum LLC** |
|---|---|---|---|
| | | | **c/o Lerner Corporation** |
| | | | **2000 Tower Oaks Blvd, 8th Fl** |
| | | | **Rockville, MD 20852** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Mynd Spa & Salon, Inc.** | | Case number *(if known)* | **20-10846** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | _____ |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease** |
|---|---|---|
| | State the term remaining | **S N Services Corporation** |
| | | **One Healthy Way** |
| | List the contract number of any government contract | **Attn:  Vice President - Admini** |
| | | **Oceanside, NY 11572** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease** |
|---|---|---|
| | State the term remaining | |
| | | **Sator Realty Inc.** |
| | List the contract number of any government contract | **700 Castle Road** |
| | | **Secaucus, NJ 07094** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease** |
|---|---|---|
| | State the term remaining | **Stavan Center, L.P.** |
| | | **c/o Staller Associates, Inc.** |
| | List the contract number of any government contract | **1455 Veterans Highway, Ste 201** |
| | | **Islandia, NY 11749** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease** |
|---|---|---|
| | State the term remaining | |
| | | **Steel Garden LLC** |
| | List the contract number of any government contract | **999 South Oyster Bay Road, Sui** |
| | | **Bethpage, NY 11714** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease** |
|---|---|---|
| | State the term remaining | **Street Retail, Inc.** |
| | | **c/o Federal Realty Investment** |
| | List the contract number of any government contract | **1626 East Jefferson Street** |
| | | **Rockville, MD 20852** |

| Debtor 1 | **Mynd Spa & Salon, Inc.** | | | Case number (*if known*) | **20-10846** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.22.  State what the contract or lease is for and the nature of the debtor's interest
     **Retail Lease**

     State the term remaining

     List the contract number of any government contract

**SWVP La Paloma, LLC
c/o The Westin La Paloma Resor
3800 East Sunrise Drive
Tucson, AZ 85718**

2.23.  State what the contract or lease is for and the nature of the debtor's interest
     **Retail Lease**

     State the term remaining

     List the contract number of any government contract

**T-C 919 N. Michigan Avenue Ret
c/o Mid-America Asset Manageme
One Parkview Plaza, 9th Floor
Villa Park, IL 60181**

2.24.  State what the contract or lease is for and the nature of the debtor's interest
     **Retail Lease**

     State the term remaining

     List the contract number of any government contract

**TM Willow Bend Shops, L.P.
c/o Starwood Retail Partners
1 East Wacker Dr, Suite 3600
Chicago, IL 60601**

2.25.  State what the contract or lease is for and the nature of the debtor's interest
     **Retail Lease**

     State the term remaining

     List the contract number of any government contract

**Westchester Mall, LLC
M.S. Management Associates Inc
225 West Washington Street
Indianapolis, IN 46204**

2.26.  State what the contract or lease is for and the nature of the debtor's interest
     **Retail Lease**

     State the term remaining

     List the contract number of any government contract

**Willard Associates
c/o Willard Inter-Continental
1401 Pennsylvania Ave, N.W.
Washington, DC 20004**

**Fill in this information to identify the case:**

Debtor name     **Mynd Spa & Salon, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **20-10846**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **OneSource Service, Inc.** | **135 West 20th Street Suite 201 New York, NY 10011** | **Rosenthal & Rosenthal, Inc.** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **SAS OneSource, Inc.** | **135 West 20th Street Suite 201 New York, NY 10011** | **Rosenthal & Rosenthal, Inc.** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **SAS OneSource, Inc.** | **135 West 20th Street Suite 201 New York, NY 10011** | **ELIZABETH ARDEN COMPANY ct** | ☐ D _____ <br> ☑ E/F __3.1__ <br> ☐ G _____ |
| 2.4 | **SASOS Holdings, Inc.** | **135 West 20th Street Suite 201 New York, NY 10011** | **Rosenthal & Rosenthal, Inc.** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Mynd Spa & Salon, Inc.** | Case number *(if known)* | **20-10846** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.5 | **SASOS Holdings, Inc.**    **135 West 20th Street**  **Suite 201**  **New York, NY 10011** | **ELIZABETH ARDEN COMPANY** ct | ☐ D _____  ■ E/F __3.1__  ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Southern District of New York

In re  __Mynd Spa & Salon, Inc.__                                                                Case No.    __20-10846__
                                                                                    _Debtor(s)_        Chapter    __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **139,538.00** |
| Prior to the filing of this statement I have received | $ | **139,538.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

☐  Debtor        ■  Other (specify):    **SAS OneSource, Inc. (Case No. 20-10845) paid the compensation collectively on behalf of itself and for affiliated companies Mynd Spa & Salon, Inc. (Case No. 20-10846), SASOS Holdings, Inc. (Case No. 20-10844), and OneSource Service, Inc. (Case No. 20-10847).**

3.    The source of compensation to be paid to me is:

■  Debtor        ☐  Other (specify):

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__March 24, 2020__                                         /s/ Joseph T. Moldovan
_Date_                                                              **Joseph T. Moldovan**
                                                                         _Signature of Attorney_
                                                                         **Morrison Cohen LLP**
                                                                         **909 Third Avenue**
                                                                         **New York, NY 10022-4784**
                                                                         **(212) 735-8600  Fax: (212) 735-8708**
                                                                         **bankruptcy@morrisoncohen.com**
                                                                         _Name of law firm_

---

# United States Bankruptcy Court
## Southern District of New York

In re    **Mynd Spa & Salon, Inc.**                                              Case No.    **20-10846**

_____    Chapter    **7**
                                      Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **March 24, 2020**                        **/s/ Todd Walter**
_____        _____
                                      **Todd Walter**/**President**
                                      Signer/Title

130 WEST 44TH HOTEL ASSOCIATES
DBA THE CHATWAL HOTEL
130 WEST 44TH STREET
NEW YORK, NY 10036


ARIZONA ATTORNEY GENERAL
2005 N CENTRAL AVE
PHOENIX, AZ 85004-2926


AZ DEPARTMENT OF REVENUE
1600 WEST MONROE STREET
PHOENIX, AZ 85007


BANKRUPTCY UNIT, CIVIL RECOV B
OFFICE OF THE ATTORNEY GENERAL
ALBANY, NY 12224-0341


BILTMORE SHOPPING CENTER PARTN
C/O MACERICH COMPANY
401 WILSHIRE BOULEVARD, SUITE
SANTA MONICA, CA 90407


BILTMORE SHOPPING CENTER PARTN
2502 E. CAMELBACK ROAD #216
ATTN: CENTER MANAGER
ROCKVILLE, MD 20852


BROOKFIELD PROPERTIES
350 NORTH ORLEANS ST., STE 300
ATTN:  LEGAL DEPARTMENT
CHICAGO, IL 60654


COMPTROLLER OF MD, COMPLIANCE
STATE OFFICE BUILDING
301 W. PRESTON STREET, RM 202
BALTIMORE, MD 21201-2383


CONNECTICUT DEPARTMENT OF REVE
BANKRUPTCY DIV - COLLECTIONS U
450 COLUMBUS BLVD., SUITE ONE
HARTFORD, CT 06103


COZEN O'CONNOR
277 PARK AVENUE, 20TH FLOOR
ATTN: RICHARD BERNEY, ESQ.
NEW YORK, NY 10172

DC OFFICE OF TAX AND REVENUE
COMPLIANCE ADM, COLLECTION DIV
1101 4TH STREET, SW, 6TH FLOOR
WASHINGTON, DC 20024


DISTRICT UNEMPLOYMENT COMP BD
4058 MINNESOTA AVENUE, NE
4TH FLOOR
WASHINGTON, DC 20019


EISENBERG & BAUM, LLP
ERIC BAUM, ESQ.
24 UNION SQUARE EAST, 4TH FL
NEW YORK, NY 10003


EISENBERG & BAUM, LLP
SAGAR SHAH, ESQ.
24 UNION SQUARE EAST, 4TH FL
NEW YORK, NY 10003


ELIZABETH ARDEN COMPANY CT
200 FIRST STAMFORD PLACE
STAMFORD, CT 06902


EXIT 88 HOTEL, LLC
C/O HERSHA HOSPITALITY TRUST
510 WALNUT STREET, 9TH FLOOR
PHILADELPHIA, PA 19106


FAIRFAX CORNER MIXED USE, L.C.
C/O THE PETERSON COMPANIES
12500 FAIR LAKES CIR, STE 400
FAIRFAX, VA 22033


FAIRFAX SQUARE LLC
C/O JBG SMITH
4445 WILLARD AVENUE, SUITE 400
CHEVY CHASE, MD 20815


FEDERAL REALTY INVESTMENT TRUS
1626 EAST JEFFERSON STREET
ATTN:  LEGAL DEPARTMENT
ROCKVILLE, MD 20852

```
FLORIDA DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
P.O. BOX 6668
TALLAHASSEE, FL 32314-6668


GROSVENOR ATLANTIC LIMITED
1701 PENNS. AVE N.W., STE 1050
ATTN:  SENIOR ASSET MANAGER
WASHINGTON, DC 20006


GROSVENOR ATLANTIC LIMITED
ONE EMBARCADERO CTR, STE 3900
ATTN:  CHIEF PORTFOLIO OFFICER
SAN FRANCISCO, CA 94111


HARRAH'S OPERATING COMPANY, IN
C/O BALLY'S PARK PLACE
PARK PLACE AND THE BOARDWALK
ATLANTIC CITY, NJ 08401


HOTEL AT UMCP, LLC
C/O STEVEN A. MICHAEL, ESQ.
1950 OLD GALLOWS ROAD, SUITE 7
VIENNA, VA 22182


HOTEL AT UMCP, LLC
1950 OLD GALLOWS ROAD, STE 600
ATTN:  CEO AND PRESIDENT
VIENNA, VA 22182


ILLINOIS ATTORNEY GENERAL
CHICAGO MAIN OFFICE
100 WEST RANDOLPH STREET
CHICAGO, IL 60601


ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
P O BOX 19035
SPRINGFIELD, IL 62794-9035


ILLINOIS DEPT OF EMPLOYMENT SE
BENEFIT PAYMENT CONTROL DIVISI
P O BOX 4385
CHICAGO, IL 60680
```

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATI
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JBG SMITH
8075 LEESBURG PIKE
ATTN: PROPERTY MANAGER
VIENNA, VA 22182


JONES LANG LASALLE AMERICAS, I
8601 ROBERT FULTON DR, STE 220
ATTN: PROPERTY MANAGER - 5225
COLUMBIA, MD 21046


JONES LANG LASALLE AMERICAS, I
3344 PEACHTREE RD NE, STE 1200
ATTN:  PRESIDENT AND CEO, RETA
ATLANTA, GA 30326


KENNETH F. ST. JOHN
BORRELLI & ASSOCIATES, PLLC
910 FRANKLIN AVE.
GARDEN CITY, NY 11530-2906


KENTLANDS LOT 1, LLC
C/O SAUL CENTERS, INC.
7501 WISCONSIN AVE, STE 1500


KENTLANDS LOT 1, LLC
C/O WINDHAM MANAGEMENT COMPANY
7501 WISCONSIN AVENUE, SUITE 1
BETHESDA, MD 20814


KIRBY LIMITED PARTNERSHIP
C/O CRM PROPERTIES GROUP, LTD.
740 WAUKEGAN ROAD, SUITE 300
DEERFIELD, IL 60015


MARINA ASSOCIATES
HARRAH'S ATLANTIC CITY
777 HARRAH'S BOULEVARD
ATLANTIC CITY, NJ 08401

MARYLAND ATTORNEY GENERAL
200 ST. PAUL PLACE
BALTIMORE, MD 21202


MARYLAND INSURANCE ADMINISTRAT
OFFICE OF THE COMMISSIONER
200 ST. PAUL PLACE, SUITE 2700
BALTIMORE, MD 21202


MD DEPT OF ASSESS AND TAXATION
STATE OFFICE BUILDING
301 W. PRESTON STREET
BALTIMORE, MD 21201-2395


MD DEPT OF LABOR, LIC, AND REG
DIVISION OF UNEMPLOYMENT INS
1100 N. EUTAW STREET, ROOM 401
BALTIMORE, MD 21201


MICHELLE HAGLEY
BORRELLI & ASSOCIATES, P.L.L.C
910 FRANKLIN AVE STE 200
GARDEN CITY, NY 11530-2906


MM HOTEL MANAGEMENT LLC
C/O FORTUNA REALTY GROUP
380 MADISON AVENUE, SUITE 2401
NEW YORK, NY 10017


MORGAN STANLEY SERVICES GROUP
1585 BROADWAY, 24TH FLOOR
ATTN: CMS ADMIN
NEW YORK, NY 10036


NEW JERSEY DEPARTMENT OF LABOR
BENEFIT PAYMENT CONTROL
P.O. BOX 951
TRENTON, NJ 08625-0951


NJ ATTY GEN OFF, DIV OF LAW
RICHARD J. HUGHES JUSTICE COMP
25 MARKET STREET, P.O. BOX 112
TRENTON, NJ 08625-0112

NJ DIV TAX, COMP & ENF - BANKR
50 BARRACK STREET, 9TH FLOOR
P.O. BOX 245
TRENTON, NJ 08695-0267


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201


NYS DEPT. TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300


NYS UNEMPLOYMENT INSURANCE FUN
P.O. BOX 551
ALBANY, NY 12201


OFFICE OF ATTORNEY GENERAL
BANKRUPTCY DIVISION
55 ELM STREET
HARTFORD, CT 06106


OFFICE OF THE ATTORNEY GENERAL
TAX, BANKRUPTCY AND FINANCE
441 4TH STREET, NW, 6TH FLOOR
WASHINGTON, DC 20001


OFFICE OF THE ATTORNEY GENERAL
DCSE - BANKRUPTCY UNIT
2001 MAYWILL STREET, SUITE 200
RICHMOND, VA 23230


OFFICE OF THE ATTORNEY GENERAL
STATE OF FLORIDA
PL-01 THE CAPITOL
1050, FL 32399


OFFICE OF THE ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548


PARKING VIOLATIONS BUREAU
210 JORALEMON AVENUE
BROOKLYN, NY 11201

REG COUNS NY/NJ, JOHN CAHILL
US DEPT OF HOUSING & URBAN DEV
26 FEDERAL PLAZA, ROOM 3500
NEW YORK, NY 10278-0068


RESTON SPECTRUM LLC
C/O LERNER CORPORATION
2000 TOWER OAKS BLVD, 8TH FL
ROCKVILLE, MD 20852


ROSENTHAL & ROSENTHAL, INC.
1370 BROADWAY
NEW YORK, NY 10018


S N SERVICES CORPORATION
ONE HEALTHY WAY
ATTN: VICE PRESIDENT - ADMINI
OCEANSIDE, NY 11572


SATOR REALTY INC.
700 CASTLE ROAD
SECAUCUS, NJ 07094


SOCIAL SECURITY ADMINISTRATION
OFF OF REG CHIEF COUNS, REG II
26 FEDERAL PLAZA, ROOM 3904
NEW YORK, NY 10278


STAVAN CENTER, L.P.
C/O STALLER ASSOCIATES, INC.
1455 VETERANS HIGHWAY, STE 201
ISLANDIA, NY 11749


STEEL GARDEN LLC
999 SOUTH OYSTER BAY ROAD, SUI
BETHPAGE, NY 11714


STREET RETAIL, INC.
C/O FEDERAL REALTY INVESTMENT
1626 EAST JEFFERSON STREET
ROCKVILLE, MD 20852


SUPREME COURT OF NEW YORK, BRO
851 GRAND CONCOURSE
INDEX NO.: 309303-2011
BRONX, NY 10451

SWVP LA PALOMA, LLC
C/O THE WESTIN LA PALOMA RESOR
3800 EAST SUNRISE DRIVE
TUCSON, AZ 85718


T-C 919 N. MICHIGAN AVENUE RET
C/O MID-AMERICA ASSET MANAGEME
ONE PARKVIEW PLAZA, 9TH FLOOR
VILLA PARK, IL 60181


THE GALLERIA AT FORT LAUDERDAL
2414 E. SUNRISE BLVD.
ATTN: MARK TROUBA
FORT LAUDERDALE, FL 33304


TM WILLOW BEND SHOPS, L.P.
C/O STARWOOD RETAIL PARTNERS
1 EAST WACKER DR, SUITE 3600
CHICAGO, IL 60601


TREASURER OF VIRGINIA
P.O. BOX 570
RICHMOND, VA 23218-0570


TX COMPTROLLER OF PUBLIC ACCTS
P.O. BOX 13528, CAPITOL STATIO
AUSTIN, TX 78711-3528


U.S. SEC. AND EXCH. COMM.
NY REG. OFF., BROOKFIELD PLACE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022


UNITED STATES ATTORNEY SDNY
ATTENTION: TAX & BANKRUPTCY UN
86 CHAMBERS STREET, THIRD FL
NEW YORK, NY 10007


UNITED STATES TRUSTEE, REG. 2
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

```
US DEPT OF HEALTH & HUMAN SVCS
OFFICE OF THE GENERAL COUNSEL
26 FEDERAL PLAZA - ROOM 3908
NEW YORK, NY 10278-0068


WESTCHESTER MALL, LLC
M.S. MANAGEMENT ASSOCIATES INC
225 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204


WILLARD ASSOCIATES
C/O CARR HOSPITALITY
1455 PENNSYLVANIA AVE, N.W., S
WASHINGTON, DC 20004


WILLARD ASSOCIATES
C/O WILLARD INTER-CONTINENTAL
1401 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20004
```