**Hearing Date: April 27, 2020 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: April 24, 2020 at 4:00 p.m. (Prevailing Eastern Time)**

Togut, Segal & Segal LLP
*Proposed Attorneys for Albert Togut*
*Not Individually But Solely in His Capacity*
*as the Chapter 7 Interim Trustee*
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
In re:                                                         :
                                                               :       Chapter 7
                                                               :       Case No. 20-10846 (SCC)
MYND SPA & SALON, INC.,                                        :
                                                               :       (Jointly Administered)
                                    Debtor[1].                 :
                                                               :
-------------------------------------------------------------x

## NOTICE OF HEARING TO CONSIDER
## CHAPTER 7 INTERIM TRUSTEE'S OMNIBUS
## MOTION FOR ENTRY OF AN ORDER AUTHORIZING
## AND APPROVING THE (I) REJECTION OF CERTAIN LEASES AND
## AGREEMENTS AND (II) ABANDONMENT OF PERSONAL PROPERTY

THIS MOTION SEEKS TO REJECT CERTAIN LEASES AND AGREEMENTS.
PARTIES RECEIVING THIS MOTION SHOULD LOCATE THEIR NAMES
AND RESPECTIVE AGREEMENTS ON SCHEDULE 1 TO EXHIBIT "A"
ANNEXED TO THE MOTION.

**PLEASE TAKE NOTICE** that a telephonic hearing will be held before the

Honorable Shelley C. Chapman, United States Bankruptcy Judge, through

**CourtSolutions (www.court-solutions.com)**, on **April 27, 2020 at 10:00 a.m. (Prevailing**

**Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard, to

consider the *Chapter 7 Interim Trustee's Motion for Entry of an Order Authorizing and*

---

[1]   The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) SASOS Holdings, Inc. (4903) (Case No. 20-10844); (ii) SAS OneSource, Inc. (5504) (Case No. 20-10845); (iii) Mynd Spa & Salon, Inc. (5718) (Case No. 20-10846); and (iv) OneSource Service, Inc. (4067) (Case No. 20-10847).

*Approving the (I) Rejection of Certain Leases and Agreements and (II) Abandonment of Personal Property* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion and the relief requested therein must be made in writing and (a) filed with the Bankruptcy Court no later than **April 24, 2020 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline") and (b) served so as to be actually received by the following parties by the Objection Deadline:

(i)     counsel for the Trustee, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Neil Berger, Esq. (neilberger@teamtogut.com) and Eitan Blander, Esq. (eblander@teamtogut.com);  and

(ii)    counsel for Rosenthal & Rosenthal, Inc., Otterbourg P.C., 230 Park Avenue, New York, NY 10169, Attn:  Steven B. Soll, Esq. (ssoll@otterbourg.com);  and

(iii)   William K. Harrington, United States Trustee for Region 2, United States Department of Justice, Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, Attn:  Andy Velez-Rivera, Esq. (Andy.Velez-Rivera@usdoj.gov);  and

(iv)    All other parties entitled to notice in this case.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Motion, with proof of service, is filed with the Bankruptcy Court and two single-sided courtesy copies delivered to the Honorable Shelley C. Chapman's Chambers by the Objection Deadline, the Trustee may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order attached to

2

the Motion, which order may be entered with no further notice or opportunity to be

heard offered to any party.

DATED:  New York, New York
    April 10, 2020

        ALBERT TOGUT, *not individually but solely in*
        *his capacity as the Chapter 7 Interim Trustee,*
        By his Proposed Attorneys,
        TOGUT, SEGAL & SEGAL LLP,
        By:

        */s/ Neil Berger*
        NEIL BERGER
        A Member of the Firm
        One Penn Plaza - Suite 3335
        New York, New York 10119
        (212) 594-5000