## SCHEDULE 1

**Rejected Contracts**

| Store Location | Store Number | State | Comments | Debtor Entity / Lessee | Lanlord |
|---|---|---|---|---|---|
| Bellmore | 1230 | NY | 2 year term to 01.31.2022 plus 2 - five year options. | Mynd Spa & Salon, Inc.. | S N Services Corporation |
| Chatwal | 1235 | NY | 2 - 1/2 year term to 07.31.2022 plus 2 - five year options. | Mynd Spa & Salon, Inc.. | 130 w 44th Hotel Associates LLC. |
| Chevy Chase | 1002 | MD | 3 year term to 12.31.2022 - no options. | Mynd Spa & Salon, Inc.. | 5225 wisconsin avenue associates |
| Chicago | 1003 | IL | 1 year term to 01.31.2021 - no options. | Mynd Spa & Salon, Inc.. | Michigan Avenue Retail LLC |
| College Park | 1245 | MD | 9 year term to 01.31.2029 plus 2 - five year options. | Mynd Spa & Salon, Inc.. | The University of Maryland College Park Foundation, Inc |
| Deerfield | 1100 | IL | 6 year term to 01.31.2026 - no options. | Mynd Spa & Salon, Inc.. | Deerfield Square Limited Partnership |
| Elgin warehouse | N/A | IL | 1 year term to 04.30.2021 plus 2 - five year options. | SAS OneSource, Inc. | TLF Northwest Business Park I,LLC |
| Fairfax Corner | 1150 | VA | 10 year term to 01.31.2030 - no options. | Mynd Spa & Salon, Inc.. | Fairfax Corner Retail L.C. |
| Ft. Lauderdale | 1180 | FL | 5 year term to 02.28.2025 - no options.   9.6% rent deal with | Mynd Spa & Salon, Inc.. | Keystone Florida Property holding corp |
| Gaithersburg | 1205 | MD | 4 year term to 11.30.2023 plus 1 - five year option. | Mynd Spa & Salon, Inc.. | Kentlands Lot 1 LLC |
| Garden City | 1160 | NY | 15 year term to 09.30.2034 - no options. | Mynd Spa & Salon, Inc.. | Steel Equites |
| Garden City Hotel | agem | NY | 5 year term to 01.31.2025 plus 2 - five year options. | Mynd Spa & Salon, Inc.. | Fortuna Realty Group |
| Harrah's AC | 7620 | NJ | 2 year term to 05.21.2022 plus 1 - five year option (consent) | Mynd Spa & Salon, Inc.. | Marina Associates |
| La Paloma | 8500 | AZ | 6 year term to 12.31.2025 - no options. | Mynd Spa & Salon, Inc.. | Cesar Park Hotels & Resorts Tuscon Company |
| Mystic | 7610 | CT | 1 - 1/2 year term to 06.30.2021 - no options. | Mynd Spa & Salon, Inc.. | Exit 88 Hotel, LLC |
| New York | 1001 | NY | 2 year term to 02.28.2022 plus 1 - six year option. | Mynd Spa & Salon, Inc.. | Sator Realty Inc. |
| Pentagon Row | 1130 | VA | 2 - 1/2 year term to 08.31.2022 - no options. | Mynd Spa & Salon, Inc.. | Street Retail Inc |
| Phoenix | 1004 | AZ | 1 year term to 01.31.2021 - did not exercise 5 year option. | Mynd Spa & Salon, Inc.. | Biltmore Shopping Center Partners LLC |
| Pike & Rose | 1140 | MD | 8 year term to 04.30.2028 plus 2 - five year options. | Mynd Spa & Salon, Inc.. | Federal Realty  Investment trust |
| Plano | 1120 | TX | 2 year term to 01.31.2022 - no options. | Mynd Spa & Salon, Inc.. | Starwood Retail Partners |
| Reston | 1080 | VA | 3 year term to 01.31.2023 - no options. | Mynd Spa & Salon, Inc.. | Reston Spectrum LP |
| Short Pump | 1215 | VA | 1/2 year term to 10.31.2020 plus 1 - five year option. | Mynd Spa & Salon, Inc.. | Short Pump town center LLC |
| Stamford Office | N/A | CT | 1 year term to 01.31.2021 - office to close. | SAS OneSource, Inc. | 300 Main street LLC |
| Tempe Office | N/A | AZ | 4 - 1/2 year term to 08.31.2024 plus 1 - five year option. | SAS OneSource, Inc. | Gateway Tempe LLC |
| Tyson's Corner | 1005 | VA | 5 year term to 01.31.2025 plus 1 - five year option. (incl storage lea | Mynd Spa & Salon, Inc.. | Fairfax Square Associates II C/O Faison & Associates |
| Westchester | 1110 | NY | 2 year term to 01.31.2022 - no options. | Mynd Spa & Salon, Inc.. | Westchester Mall LLC |
| Willard Hotel | 1220 | DC | 3 year term to 01.31.2023 - no options. | Mynd Spa & Salon, Inc.. | Intercontinental Hotels Corporation. |
| Woodbury | 1200 | NY | 1 year term to 01.31.2021 plus 1 - five year option. | Mynd Spa & Salon, Inc.. | Stavan Center LP |

| Equipment lease | Store Number | State | Comments | Debtor Entity / Lessee | Lessor |
|---|---|---|---|---|---|
| Document Techneologies of Arizona | N/A | AZ | 63 month term, 3CX Phone System | Mynd Spa & Salon, Inc.. | Wells Fargo Vendor Financial Services, LLC |

| Management Services Agreement | | | | Debtor Entity / Lessee | Counterparty |
|---|---|---|---|---|---|
| Management Services Agreement | | | | Mynd Spa & Salon, Inc.. | Morgan StanleyServices Group |
| Management Services Agreement | | | | SAS OneSource, Inc. | Dhanya, LLC |
| Harrah's AC | | NJ | | Mynd Spa & Salon, Inc.. | Marina Associates |