Fill in this information to identify the case:

Debtor name     **Mynd Spa & Salon, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **20-10846**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■ Amended *Schedule*   H
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 6, 2020                    X _____

Signature of individual signing on behalf of debtor

**Todd Walter**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Mynd Spa & Salon, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **20-10846**

■ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                     12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | OneSource Service, Inc. | 135 West 20th Street Suite 201 New York, NY 10011 | Rosenthal & Rosenthal, Inc. | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | SAS OneSource, Inc. | 135 West 20th Street Suite 201 New York, NY 10011 | Rosenthal & Rosenthal, Inc. | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | SAS OneSource, Inc. | 135 West 20th Street Suite 201 New York, NY 10011 | ELIZABETH ARDEN COMPANY ct | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.4 | SASOS Holdings, Inc. | 135 West 20th Street Suite 201 New York, NY 10011 | Rosenthal & Rosenthal, Inc. | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **Mynd Spa & Salon, Inc.** | Case number *(if known)* | **20-10846** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| 2.5 | **SASOS Holdings, Inc.** | **135 West 20th Street**<br>**Suite 201**<br>**New York, NY 10011** | **ELIZABETH ARDEN COMPANY ct** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.6 | **Todd Walter** | **PO Box 888**<br>**Montclair, NJ 07042**<br>**Personal Guaranty of a portion of the secured debt.** | **Rosenthal & Rosenthal, Inc.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy