## TOGUT, SEGAL & SEGAL LLP

ATTORNEYS AT LAW
ONE PENN PLAZA
NEW YORK, NEW YORK 10119

(212) 594-5000

FACSIMILE
(212) 967-4258

June 12, 2020

**VIA ELECTRONIC FILING**
Mr. Vito Genna
Clerk of the United States Bankruptcy Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

> Re:    In re Mynd Spa & Salon, Inc., Chapter 7
> Case No. 20-10846 (SCC)

Dear Mr. Genna:

It appears that assets may be available for a distribution to creditors in the above-referenced case.  Accordingly, as attorneys for Albert Togut, the Chapter 7 Trustee of the Debtors, we request that a last day to file claims be set by your office and notice of that day be sent to all known creditors.

Should you have any questions regarding the above, please contact the undersigned.  Thank you for your cooperation in this matter.

Very truly yours,

TOGUT, SEGAL & SEGAL LLP
By:  /s/ *Neil Berger*

Neil Berger

NB/kr